

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 99-50082-08 |
| VERSUS | JUDGE DONALD E. WALTER |
| ROY LEE DEBOSE | MAGISTRATE JUDGE HORNSBY |

### O R D E R

Before this Court is a motion entitled "Pursuant to Common Law of Audita Querla to Amend His Timely Filed U.S.C.A § 2255 Motion to Vacate, Set Aside or Correct Sentence" [Doc. #490] filed by defendant, Roy Lee Debose.

To the extent Debose seeks to amend the §2255 motion filed on February 20, 2003 [Doc. #465] and denied by Judgment issued on March 19, 2003, that request is **DENIED**. To the extent Debose has filed a second §2255 motion, **IT IS ORDERED** that defendant's motion be and is hereby **DENIED** as Debose has failed to obtain authorization from the Fifth Circuit to file a second or successive §2255 petition as required by 28 U.S.C. § 2255. Thus, this Court lacks jurisdiction to entertain such a motion. See Hooker v. Sivley, 187 F.3d 680, 681-82 (5th Cir. 1999).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 30 day of January, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE