U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 0 4 2008

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 99-50082-08** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **ROY LEE DEBOSE** | **MAGISTRATE JUDGE HORNSBY** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

__✓__ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

_____ The certificate of appealability is GRANTED for the reasons stated below:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this __4__ day of April, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE